IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 1:19MJ 298 |
| v. ) | |
| ) | Court Date: July 15, 2019 |
| KARINS I. LLAGUNO-NUNEZ, ) | |
| ) | |
| Defendant. ) | |

FILED

## CRIMINAL INFORMATION

Count I (Misdemeanor 7869340)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 29, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, KARINS I. LLAGUNO-NUNEZ, did unlawfully steal, purloin, or knowingly convert to her use or the use of another, property of the United States or any department or agency thereof, specifically: One (1) swimsuit bottom, and Six (6) necklaces, the property of the United States Army and Air Force Exchange Service, said property having a value of less than One Thousand Dollars ($1,000).

(In violation of Title 18, United States Code, Section 641)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *Elizabeth A Ben* (signature)
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Karins Llaguno-Nunez
7102 Point Replete Circle
Fort Belvoir, VA 22060

By: *Elizabeth A. Banger* (signature)
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov